# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SEARS AUTHORIZED HOMETOWN STORES, LLC, ) ) ) Plaintiff, ) ) v. ) ) NATIONWIDE MARKETING GROUP, LLC, ) ) ) Defendant. ) | Case No. 1:19-cv-3403<br><br>Judge Sharon Johnson Coleman |

## DEFENDANT'S DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, defendant Nationwide Marketing Group, LLC ("Nationwide") hereby makes the following disclosure: Nationwide's parent corporation is NAS, LLC. No publicly held corporation owns 10% or more of Nationwide's stock and Nationwide has no publicly held parent or affiliates.

Dated: June 19, 2019

Respectfully submitted,

*s/ Charles B. Leuin*
Charles B. Leuin
Ashleigh Morpeau
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
Telephone: 312.212.4949
Facsimile: 312.767.9192
cleuin@beneschlaw.com
amorpeau@beneschlaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I, Charles B. Leuin, certify that on June 19, 2019, a true and correct copy of the *Defendant's Disclosure Statement* was served electronically through the Northern District of Illinois CM/ECF electronic filing on all counsel of record:

Fredric A. Cohen
Allison R. Grow
Tara N. Goodarzi
Cheng Cohen LLC
311 N. Aberdeen Street
Suite 400
Chicago, IL 60607
fredric.cohen@chengcohen.com
allison.Grow@chengcohen.com
tara.goodarzi@chengcohen.com

*Attorneys for Plaintiffs*

*s/Charles B. Leuin*
