# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SEARS AUTHORIZED HOMETOWN )
STORES, LLC, )
                                                  )
        Plaintiff,   )
                                                  )   Case No. 1:19-cv-3403
v.    )
                                                  )   Honorable Sharon Johnson Coleman
NATIONWIDE MARKETING GROUP, )
LLC, )
                                                  )
        Defendant.  )

## DECLARATION OF R. KEITH BAGBY

I, R. Keith Bagby, declare pursuant to 28 U.S.C. § 1746:

1.     I am an adult resident of the State of North Carolina. I am authorized to give this Declaration and do so based on my personal knowledge.

2.     I am the Chief Financial Officer of Nationwide Marketing Group, LLC ("Nationwide") and have been employed by Nationwide since September 25, 2017.

3.     Nationwide is a North Carolina limited liability company with its principal place of business at 110 Oakwood Drive, Suite 200, Winston Salem, North Carolina.

4.     Nationwide is not registered with the Illinois Secretary of State to conduct business in Illinois.

5.     Nationwide does not maintain an office, own property, or have a mailing address in Illinois.

6.     Nationwide's management and records are located in North Carolina. No such records are located in Illinois.

1



7. In 2019, no then-current or former Illinois dealer for Sears Authorized Hometown Stores, LLC joined the Nationwide network or became a Nationwide member.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on: July 18, 2019.

R. Keith Bagby
Chief Financial Officer,
Nationwide Marketing Group